**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BANKS, | No. C 06-06262 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

    Plaintiff initiated this social security appeal in October 2006. The government filed its answer on February 16, 2007. Under the Local Rules of this Court, plaintiff was required to file a motion for summary judgment within 30 days of the filing of the answer. Civil Local Rule 16-5. As of the date of this Order, plaintiff has not filed his motion and has not otherwise communicated with the Court. Accordingly, plaintiff is ordered to show cause why his action should not be dismissed for a lack of prosecution. In particular, plaintiff shall file his motion for summary judgment on or before May 4, 2007. Plaintiff is warned that his failure to comply with this Order may lead to dismissal of his lawsuit.

**IT IS SO ORDERED.**

Dated: April 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6262\ordertoshowcause.wpd