IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BANKS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C 06-06262 CRB<br><br>**ORDER** |

Due to the inadvertent failure by Defendant to serve Plaintiff with a copy of the transcript of the administrative record, the Court hereby VACATES the filing deadline set forth in its previous order to show case.  It is hereby ORDERED that Plaintiff shall file his motion for summary judgment not later than thirty days after the Commissioner's notice of filing, *i.e.* not later than Thursday, May 24, 2007.

**IT IS SO ORDERED.**

Dated: April 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6262\order re scheduling.wpd