IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant.<br>_____/ | No. C 06-06262 CRB<br><br>**JUDGMENT** |

    Having denied Plaintiff's motion for summary judgment, and having granted Defendant's cross-motion for summary judgment, the Court hereby enters judgment against Plaintiff and in favor of respondent.

**IT IS SO ORDERED.**

Dated: July 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6262\judgment.wpd